UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE CURET,

                        Petitioner,                    14 **CIVIL** 4831 (VSB)(DF)

        -against-                    **JUDGMENT**

HAROLD GRAHAM,

                        Respondent.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 11, 2022, Petitioner's Objection is overruled, the Report is ADOPTED in full, and his Petition is DENIED. Petitioner's motion for oral argument is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
        May 16, 2022

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                         **BY:**
                                                    **Deputy Clerk**