```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOSE CURET,                                                :
                                                           :
                              Petitioner,                  :
                                                           :      14-CV-4831 (VSB) (DF)
               -against-                                   :
                                                           :            ORDER
HAROLD GRAHAM,                                             :
                                                           :
                              Respondent.                  :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Having adopted the Magistrate Judge's Report and Recommendation recommending that Petitioner's habeas petition be denied and having done so after carefully considering Petitioner's Objection, (*see* Doc. 34 (Opinion & Order dated May 11, 2022)), I find that Petitioner has not made a substantial showing of a denial of a federal right, and as such that a certificate of appealability should not issue. *See Matthews v. Untied States*, 682 F.3d 180, 185 (2d Cir. 2012). SO ORDERED.

Dated: June 24, 2022
       New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge